UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                         NOTICE OF INTENT TO
          -v.-                    :      FILE AN INFORMATION

JACLYN SKLAVER,                   :

          Defendant.              :      11 CRIM 791
- - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          September 8, 2011

                              PREET BHARARA
                              United States Attorney


                         By:  _____
                              BRIAN R. BLAIS
                              Assistant United States Attorney

JUDGE JONES

                         AGREED AND CONSENTED TO:


                              _____
                              PHILIP L. WEINSTEIN, ESQ.
                              Attorney for Defendant
                              JACLYN SKLAVER



WHEEL A