JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    INFORMATION
                                    :
        - v. -                      :
                                    :    11 Cr.  (BSJ)
JACLYN SKLAVER,                     :
                                    :    **11 CRIM 791**
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

                        COUNT ONE

    The United States Attorney charges:

    1.   From in or about April 2010 through on or about April 18, 2011, in the Southern District of New York and elsewhere, JACLYN SKLAVER, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that JACLYN SKLAVER, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

    3.   The controlled substance involved in the offense was 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. § 841(b)(1)(A).

            (Title 21, United States Code, Section 846.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 14 2011

## FORFEITURE ALLEGATIONS

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, JACLYN SKLAVER, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

### Substitute Asset Provision

5.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third person;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code,
Sections 841(a)(1), 846, and 853.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**JACLYN SKLAVER,**

Defendant.

---

**INFORMATION**

11 Cr.    (BSJ)

(Title 21, United States Code,
Section 846.)

*PREET BHARARA*
United States Attorney.

---

9/14/11

Waiver of Indt filed
Info filed
Deft arraigned

M J Gorenstein